**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PABLO JEREMIAS RAMIREZ BATEN,
Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 26-cv-04678-BAS-JLB

**ORDER:**

**(1) VACATING EVIDENTIARY HEARING; AND**

**(2) GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Pablo Jeremias Ramirez Baten filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, requesting release from immigration custody. (ECF No. 1.) After the Petition was fully briefed, the Court set an evidentiary hearing. (ECF No. 14.) The Government then filed an Amended Response stating it "does not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the Government's discretion." (ECF No. 15.) Accordingly, in light of the Government's non-opposition, the Court **GRANTS** the Petition. (ECF No. 1.) The Court issues the following writ:

> The Court **ORDERS** Respondents to immediately release Pablo Jeremias Ramirez Baten (A# 222-590-233) from custody subject to reasonable conditions of supervision at the Government's discretion.

Further, the Court **VACATES** the evidentiary hearing set for October 9, 2026. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: October 6, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**